■ In the Matter of MICHAEL FREDERICK, Petitioner, v DONALD E. VENETOZZI, Director, Special Housing Unit, New York State Department of Corrections and Community Supervision, Respondent. [42 NYS3d 900]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Cayuga County [Thomas G. Leone, A.J.], entered April 22, 2016) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Peradotto, J.P., Carni, Curran, Troutman and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK J. ELLIOTT, Appellant. [42 NYS3d 901]—Appeal from a judgment of the Lewis County Court (Daniel R. King, J.), rendered November 8, 2013. The judgment convicted defendant, upon a jury verdict, of rape in the second degree and endangering the welfare of a child.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him after a jury trial of rape in the second degree (Penal Law § 130.30 [1]) and endangering the welfare of a child (§ 260.10 [1]). Contrary to his sole contention on appeal, viewing the evidence in light of the elements of the crimes as charged to the jury (*see People v Danielson*, 9 NY3d 342, 349 [2007]), we conclude that the verdict is not against the weight of the evidence (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). The 14-year-old victim testified that defendant had sex with her, and the forensic evidence, although inconclusive, was not inconsistent with her testimony. Present—Peradotto, J.P., Carni, Curran, Troutman and Scudder, JJ.